

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-07-362-CV

SHARON HELVEY                                                    APPELLANT

V.

BEN BOWEN, CARL RENNER,                                         APPELLEES
MARILYN LYNCH, TONI WRIGHT,
AND BETTY HOLMAN

----------

FROM THE 352ND DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

On February 26, 2008, we notified appellant that her brief had not been filed as required by Texas Rule of Appellate Procedure 38.6(a). TEX. R. APP. P. 38.6(a). We stated we could dismiss the appeal for want of prosecution unless appellant or any party desiring to continue this appeal filed with the court within ten days a response showing grounds for continuing the appeal. We have not

---

[1] *See* TEX. R. APP. P. 47.4.

received any response.

Because appellant's brief has not been filed, we dismiss the appeal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).


PER CURIAM


PANEL D:  LIVINGSTON, DAUPHINOT, and HOLMAN, JJ.

DELIVERED:  March 20, 2008

2